EXHIBIT "A"

# Portland Pilots, Inc.
## P.O. Box 546
## Portland, ME 04112
## Tel. (207) 774-5623
## Fax: (207) 774-5683

### Statement of Account
### 10/14/2015

NSC    Nova Star Cruises, Ltd.

| INVOICE N° | DATE | | TOTAL | LAST PAID | FINANCE CHARGE TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| 20150823 | 08/17/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150825 | 08/17/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150827 | 08/17/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150828 | 08/17/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150832 | 08/19/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150833 | 08/19/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150834 | 08/20/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150836 | 08/21/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150837 | 08/24/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150838 | 08/24/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150840 | 08/24/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150842 | 08/25/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150845 | 08/26/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150846 | 08/27/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150848 | 08/28/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150851 | 08/31/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150853 | 08/31/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150856 | 08/31/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150857 | 08/31/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150902 | 09/02/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150903 | 09/04/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150904 | 09/04/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150906 | 09/08/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150908 | 09/08/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150911 | 09/08/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150912 | 09/08/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150913 | 09/09/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150916 | 09/10/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150918 | 09/11/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150920 | 09/14/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150926 | 09/14/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |
| 20150927 | 09/14/2015 | NOVA STAR | 3,198.32 | | | 3,198.32 |

A 1 1/2% per month finance charge will be added to accounts past 30 days

# Portland Pilots, Inc.
## P.O. Box 546
## Portland, ME 04112
## Tel. (207) 774-5623
## Fax: (207) 774-5683

### Statement of Account
### 10/14/2015

NSC    Nova Star Cruises, Ltd.

| INVOICE Nº | DATE | | TOTAL | LAST PAID | TOTAL PAID | FINANCE CHARGE | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 20150928 | 09/16/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150931 | 09/16/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150932 | 09/17/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150936 | 09/18/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150939 | 09/21/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150942 | 09/21/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150945 | 09/21/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150947 | 09/22/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150949 | 09/23/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150953 | 09/24/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150955 | 09/25/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150957 | 09/28/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150961 | 09/28/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150963 | 09/28/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150966 | 09/29/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150970 | 09/30/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20150973 | 09/30/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151002 | 10/02/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151004 | 10/05/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151008 | 10/05/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151011 | 10/06/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151013 | 10/07/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151018 | 10/08/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151020 | 10/09/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151025 | 10/13/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151028 | 10/13/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151030 | 10/13/2015 | NOVA STAR | 3,198.32 | | | | 3,198.32 |
| 20151032 | 10/14/2015 | NOVA STAR | 3,998.32 | | | | 3,998.32 |

**TOTAL DUE** $192,699.20

A 1 1/2% per month finance charge will be added to accounts past 30 days

| | | | | | | |
|---|---|---|---|---|---|---|
| Rate 6.98 | Per Pilotage Unit | | | Invoice Date | 10/26/2015 | |
| | | | | | PAYMENT DUE IN 30 DAYS * | |

## PORTLAND PILOTS, INC.

Services Rendered By

| Vessel's Name **NOVA STAR** | | | | | Invoice Number | 20151035 | |
|---|---|---|---|---|---|---|---|
| Length 528.240 | Breadth 85.960 | | Depth 45.270 | = Pilotage Units | 205.56 | | |
| Inbound 10/15/2015 | | Capt. Germond | W/R | 64.35 | $ | $1,434.81 | |
| Outbound 10/23/2015 | | Capt. Germond | W/R | 64.35 | $ | $1,434.81 | |
| Transit 2 | Total Fuel Surcharge | | | | $ | $128.70 | |
| | Capital Construction Fee | | | $100.00 | $ | $200.00 | |
| | | | | | $ | | |
| Agent Nova Star Cruises, Ltd. | | | | | TOTAL $ | $3,198.32 | |

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

---

Please make check payable to:

### Portland Pilots, Inc.

### P.O. Box 546

### Portland, ME 04112

Tel. (207) 774-5623
FAX (207) 774-5683

---

## * AS APPROVED BY BOARD OF HARBOR COMMISSIONERS, A 1½% FINANCE CHARGE PER MONTH WILL BE ADDED TO ACCOUNTS 30 DAYS PAST INVOICE DATE.

10/14/15 = 192,699.20
            3,198.32
         _____
         195,897.52   Total