# Tours By Pete

Please make checks payable to: **Peter Lyons**

SCANNED

29 Dale Avenue
Westbrook, ME 04092
Phone 207.653-2062

**INVOICE #1**
**DATE: Nov. 5, 15**

**Bill To:**
Nova Star Cruises Ltd.

**For:** Tour Guide Services

| DESCRIPTION | AMOUNT |
|---|---|
| August 16th & 17th, 2015 | No charge |
| August 31st & September 1st, 2015 | $200.00 |
| September 7th & 8th, 2015 | $200.00 |
| September 21st & 22nd, 2015 | $200.00 |
| **TOTAL DUE** | **$600.00** |