## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **PORTLAND PILOTS, INC.** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | )   **Docket No.: 2:15-CV-00442-DBH** |
| **MV/ NOVA STAR,** *in rem* | ) |
| | ) |
| **Defendant** | ) |

### VERIFIED STATEMENT OF RIGHT OR INTEREST

NOW COMES Defendant m/v NOVA STAR (the "Vessel") by its owners Singapore Technologies Marine Ltd, d/b/a/ ST Marine ("ST Marine") by and through counsel, Thompson, Bull, Bass & MacColl, LLC, P.A., Portland, Maine and submits its Statement of Right or Interest pursuant to Rule C (6) (a), Supplemental Rules for Admiralty and Maritime Claims as follows:

1. Plaintiff commenced this action against the Vessel, *in rem* on or about October 30, 2015 and the Vessel was arrested by the U S Marshal on October 30, 2015;

2. ST Marine are the owners (collectively the "Owners") of the Vessel;

3. The Owners have the right to defend this action against the Vessel *in rem*; and

4. The appearance of the Owners in this Statement of Right or Interest is a restricted appearance within the meaning of Rule E (8), Supplemental Rules for Admiralty and Maritime Claims restricted to the defense of this action.

WHEREFORE, Owners ST Marine demand the right to defend action, the release of the Vessel and the restitution of any security that may be substituted for the Vessel.

Dated: November 13, 2015

/s/ Edward MacColl
Edward S. MacColl, BRN #2658
emaccoll@thomport.com
Attorneys for Owners

/s/ John R. Bass II
John R. Bass, II, BRN #93
jbass@thomport.com
Attorneys for Owners

Thompson, Bull, Bass & MacColl, LLC, P.A.
120 Exchange Street, 6th Floor
P.O. Box 447
Portland, ME  04112-0447
(207)  774-7600

## VERIFICATION

I, Johnny Yom, being duly sworn in my capacity as the Senior Manager, Legal of

Singapore Technologies Marine Ltd, d/b/a/ S T Marine hereby depose and say that I am the

Senior Manager, Legal of S T Marine and am duly authorized to sign this Verification.  I have

read the foregoing Statement of Right of Interest and know the contents thereof and verify and

state under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct (28 U.S.C. §1746).

Dated: November 13, 2015

By: /s/ Johnny Yom
Its: Senior Manager, Legal

## CERTIFICATE OF SERVICE

I, Edward S. MacColl, attorney for Defendant Vessel, do hereby certify that on
November 13, 2015, I made due service of the Defendant's Verified Statement of Right or
Interest by electronically filing the same using the Court's CM/ECF system.

/s/ Edward S. MacColl
Edward S. MacColl, BRN #2658