# Pratt-Abbott Uniform

Pratt-Abbott Uniform
PO Box 1120
Portland, Maine 04104-1120
1 800-266-7403

## Delivery Invoice

PRATT ABBOTT UNIFORM & LINEN
P.O. BOX 1120

PORTLAND, ME 04104 (207)854-5405

NOVA STAR - BED LINEN
14 OCEAN GATEWAY PIER

PORTLAND, ME 04101 (207)475-7880

| Date | Invoice | Day | Garment Mark | Freq. | Seq | Term | Account | Route |
|---|---|---|---|---|---|---|---|---|
| 10/30/2015 | S0158462 | Fri | | 8 | 150 | CHG | 3565-00002 | 8 |

| | | | | | | | OFFICE | | | ROUTE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Item | Freq | Name / Description | Sizes | Qty. | Inv. | Adj. Qty. | Adj. Amt. | Ext. Price | Adj. Qty. | Adj. Amt. | Total |
| 1 | T200TWFL | | TWIN FLAT 66X104 WHT HEM | | 18628 | 17250 | | $0.00 | $126975.79 | | | |
| 2 | SHEETFFLT | | FULL FLAT 81X115 RED H | | 1081 | 865 | | $0.00 | $9998.85 | | | |
| 3 | T200PIL-C | | PILLOWCASE WHITE | | 6239 | 6510 | | $0.00 | $14401.12 | | | |
| 4 | BTWLEVR | | BATH TWL WHITE 24X54 EV | | 6510 | 5208 | | $0.00 | $26255.95 | | | |
| 5 | HTWLEVR | | (A) HAND TWL 16X27 EVEREST | | 6510 | 6510 | | $0.00 | $7486.20 | | | |
| 6 | WCLTEVR | | WASH CLOTH 13X13 EVEREST | | 6510 | 6510 | | $0.00 | $5696.02 | | | |
| 7 | BMATEVR | | (A) BATH MAT 20X30 EV | | 2393 | 1914 | | $0.00 | $6520.66 | | | |
| 8 | CART-TALL | | LAUNDRY CART TALL | | 36 | 0 | | $0.00 | $14549.42 | | | |
| 9 | XX-LAUBAG | | LAUNDRY BAG | | 30 | 30 | | $0.00 | $174.99 | | | |
| 10 | APBWHTC | | (C) APRON BIB WHITE | | 500 | 0 | | $0.00 | $1925.00 | | | |
| 11 | CART-73 | | LAUNDRY CART 73P | | 6 | 30 | | $0.00 | $2910.00 | | | |
| 12 | TAB52WHT | | TC WHITE 52X52 | | 50 | 0 | | $0.00 | $450.00 | | | |
| 13 | KITCHENBL | | KITCHEN TOWEL BLUE | | 600 | 0 | | $0.00 | $570.00 | | | |
| 14 | KITCHNTWL | | KITCHEN TOWEL WHITE | | 2200 | 0 | | $0.00 | $2090.00 | | | |
| 15 | NAP-WHITE | | NAPKIN WHITE SIGNATURE | | 10000 | 0 | | $0.00 | $16500.00 | | | |
| 16 | TAB52X72W | | TC WHITE 52X72 | | 616 | 0 | | $0.00 | $6622.00 | | | |
| 17 | XX-LAUBAG | | LAUNDRY BAG | | 40 | 30 | | $0.00 | $280.00 | | | |
| 18 | XX-LAUBAG | | LAUNDRY BAG MESH | | 40 | 30 | | $0.00 | $280.00 | | | |
| 19 | TMGLB | X | GLASS TWLS BLUE MICRO | | 560 | 0 | | $0.00 | $532.00 | | | |
| 20 | MCRTWLBL | X | MICRO TOWELS BLUE | | 560 | 0 | | $0.00 | $532.00 | | | |
| 21 | MCRTWLGN | X | MICRO TOWELS GREEN | | 560 | 0 | | $0.00 | $532.00 | | | |
| 22 | MCRTWLRD | X | MICRO TOWELS RED | | 560 | 0 | | $0.00 | $532.00 | | | |

| Total Due | Cur. Bus. | Cur. Bal. | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Comment: FINAL INVOICE

| | | | |
|---|---|---|---|
| Office Adj.: | $0.00 | Subtotal: | $245814.00 | Route Adj.: | |
| Tax Adj.: | $0.00 | Sales Tax: | $0.00 | Tax Adj.: | |
| Net Adj.: | $0.00 | Prebill: | $245814.00 | Net Adj.: | |

Total Adj.:
Tax Adj.:

Net Charge: $245814.00

Received By: _____