

# A.L.Griffin, Inc.

DATE: 12-Nov-15  
STATEMENT - OPEN INVOICES

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

SEND TO: M/V NOVA STAR  
ATTN: Originally billed to: FleetPro Ocean Inc.

| Invoice Date | Invoice Number | Purchase Order Number | AMOUNT |
|---|---|---|---|
| 20-Aug-14 | 5-23200A | 0032410 | $276.00 |
| 20-Aug-14 | 5-23200B | 0032434 | $39.00 |
| 28-Jul-15 | 6-23200 | 0038219 | $19.00 |
| 28-Jul-15 | 7-23200 | 0038430 | $51.00 |
| 28-Jul-15 | 8-23200 | 0038578 | $50.00 |
| 28-Jul-15 | 9-23200A | 0038685 | $87.00 |
| 28-Jul-15 | 9-23200B | 0038691 | $370.50 |
| 4-Aug-15 | 10-23200A | 0038914 | $2,150.00 |
| 4-Aug-15 | 10-23200B | 0038917 | $894.55 |
| 4-Aug-15 | 10-23200C | 0038920 | $16.75 |
| 4-Aug-15 | 10-23200D | 0039015 | $251.00 |
| 28-Aug-15 | 11-23200 | 0038907 | $1,173.90 |
| 28-Aug-15 | 12-23200 | 0039013 | $5,489.00 |
| 28-Aug-15 | 13-23200 | 0039187 | $1,744.70 |
| 28-Aug-15 | 14-23200 | 0039177 | $601.20 |
| 31-Aug-15 | 15-23200 | 0039173 | $197.70 |
| 1-Sep-15 | 16-23200A | 0039404 | $440.20 |
| 1-Sep-15 | 16-23200B | 0039405 | $164.00 |
| 1-Sep-15 | 16-23200C | 0039436 | $125.00 |
| 1-Sep-15 | 16-23200D | 0039438 | $478.85 |
| 1-Sep-15 | 17-23200 | 0039297 | $110.75 |
| | | **STATEMENT TOTAL** | **$14,730.10** |
| | **Note**: On original invoices (copies attached), a 10% discount | | |
| | was offered for payment within 30 days, but the discount | | |
| | time period has now expired. | | |