*Dependable Service Since 1955*

# A. L. GRIFFIN INC.

 *Ship Chandlery* 

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

**SCANNED**

| | | |
|---|---|---|
| MARINE HARDWARE | | PROVISIONERS |
| CABLE ADDRESS "ALGRIFF" | | VHF KSK-282 |
| TELEX 6737467 e-mail: info@algriffin.com web site: www.algriffin.com | | Ship To: 8 North Kelsey St. South Portland, ME 04106 |

Sold To: M/V Nova Star & O. O.
FleetPro Ocean Inc.
Ship Stores

**Invoice 5-23200A**          20 August 2014

---

| Purchase Order | Inv. Amt. |
|---|---|
| 0032410 | $ 276.00 |
| Less 10% discount | - 27.60 |
| NET | $ 248.40 |

Terms: 30 Days

      

*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 6-Aug-14  
INVOICE # 5-23200

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR  
SEND TO: FleetPro Ocean Inc.

PO # 0032410  
Ref # 0018948

We are pleased to submit the following invoice:

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 30 | PCE | FIRE HOSE IMO SIGN   WATER FIRE HOSE, SIZE 150 X 150 MM. ( SELF ADHESIVE ). REFERENCE: JALITE ? ZFCS260C OR IMPA CATALOGUE: 33.6846 | | | $4.60 | $138.00 |
| 2 | 30 | PCE | FIRE HYDRANT IMO SIGN, SIZE 150 X 150 MM. ( SELF ADHESIVE ). REFERENCE: JALITE - FCS229C OR IMPA CATALOGUE: 33.6815 | | | $4.60 | $138.00 |
| | | | | | | TOTAL | $276.00 |
| | | | | | | Less 10% | -$27.60 |
| | | | | | | NET | $248.40 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |