

*Dependable Service Since 1955*

# A. L. GRIFFIN INC.
*Ship Chandlery*

| | | |
|---|---|---|
| MARINE HARDWARE | MAILING ADDRESS<br>P.O. BOX 4598<br>PORTLAND, MAINE 04112<br>207-772-0165<br>Fax 207-772-3259 | PROVISIONERS<br>VHF KSK-282 |
| CABLE ADDRESS<br>"ALGRIFF" | | Ship To:<br>8 North Kelsey St.<br>South Portland, ME 04106 |
| TELEX 6737467<br>e-mail: info@algriffin.com<br>web site: www.algriffin.com | | |

SCANNED

Sold To: M/V Nova Star & O. O.
FleetPro Ocean Inc.
Ship Stores

**Invoice 5-23200B**    20 August 2014

| Purchase Order | Inv. Amt. |
|---|---|
| 0032434 | $ 39.00 |
| Less 10% discount | - 3.90 |
| NET | $ 35.10 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 6-Aug-14
INVOICE # 5-23200

VESSEL: M/V NOVA STAR
SEND TO: FleetPro Ocean Inc.

Phone # (207) 772-0165
Fax # (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

**PO # 0032434**
Ref # 0018902

We are pleased to submit the following invoice:

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | PCE | CORDLESS TELEPHONE FOR THE BRIDGE | Offer Uniden DECT 6.0 Expandable Cordless Phone with Caller ID - Silver (D1760) | | $39.00 | $39.00 |
| | | | | | | TOTAL | $39.00 |
| | | | | | | Less 10% | -$3.90 |
| | | | | | | NET | $35.10 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |