


*Dependable Service Since 1955*

# A. L. GRIFFIN INC.
*Ship Chandlery*

| | | |
|---|---|---|
| MARINE HARDWARE | MAILING ADDRESS<br>P.O. BOX 4598<br>PORTLAND, MAINE 04112<br>207-772-0165<br>Fax 207-772-3259 | PROVISIONERS |
| CABLE ADDRESS<br>"ALGRIFF" | | VHF KSK-282 |
| TELEX 6737467<br>e-mail: info@algriffin.com<br>web site: www.algriffin.com | | Ship To:<br>8 North Kelsey St.<br>South Portland, ME 04106 |

SCANNED

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137     **Invoice 6-23200**     28 July 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0038219 | $ 19.00 |
| Less 10% discount | - 1.90 |
| NET | $ 17.10 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L. Griffin, Inc.

DATE: 16-Jun-15  
INVOICE # 6-23200

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR  
SEND TO: FleetPro Ocean Inc.

PO # 0038219  
We are pleased to submit the following invoice: Ref # 0023657

| | | | ENGINE CONSUMABLES - Welding Materials | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
| 1 | 1 | BX | WELDING CHALK RECTANGULAR (IMPA CATALOG 6TH EDITION PAGE: 85-19) | OFFER 5" (L) x 1/2" (W) x 3/16" (H), 50 count. | 85 11 03 | $19.00 | $19.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | $19.00 |
| | | | | | | Less 10% | -$1.90 |
| | | | | | | NET | $17.10 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |