*Dependable Service Since 1955*

# A. L. GRIFFIN INC.

*Ship Chandlery*



| | | |
|---|---|---|
| MARINE HARDWARE | MAILING ADDRESS | PROVISIONERS |
| CABLE ADDRESS "ALGRIFF" | P.O. BOX 4598 PORTLAND, MAINE 04112 207-772-0165 Fax 207-772-3259 | VHF KSK-282 |
| TELEX 6737467 e-mail: info@algriffin.com web site: www.algriffin.com | | Ship To: 8 North Kelsey St. South Portland, ME 04106 |



Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 7-23200**   28 July 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0038430 | $ 51.00 |
| Less 10% discount | - 5.10 |
| NET | $ 45.90 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L. Griffin, Inc.

DATE: 29-Jun-15
INVOICE # 7-23200

Phone # (207) 772-0165
Fax # (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR
SEND TO: Fleetpro Ocean Inc.

PO # 0038430
Ref # 0023912

We are pleased to submit the following invoice:

| | | | *NAUTICAL STORES* | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
| 1 | 1 | PCE | USCG LIGHT LIST VOL.1 2015 | Atlantic Coast, Maine to New Jersey | | $51.00 | $51.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | $51.00 |
| | | | | | | Less 10% | -$5.10 |
| | | | | | | NET | $45.90 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |