



*Dependable Service Since 1955*

# A. L. GRIFFIN INC.

*Ship Chandlery*

| | | |
|---|---|---|
| MARINE HARDWARE | MAILING ADDRESS<br>P.O. BOX 4598<br>PORTLAND, MAINE 04112<br>207-772-0165<br>Fax 207-772-3259 | PROVISIONERS |
| CABLE ADDRESS<br>"ALGRIFF" | | VHF KSK-282 |
| TELEX 6737467<br>e-mail: info@algriffin.com<br>web site: www.algriffin.com | | Ship To:<br>8 North Kelsey St.<br>South Portland, ME 04106 |

SCANNED

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137    **Invoice 8-23200**    28 July 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0038578 | $ 50.00 |
| Less 10% discount | - 5.00 |
| NET | $ 45.00 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 2-Jul-15  
INVOICE # 8-23200  

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc  

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA  

**PO # 0038578**  
Ref # 0023906  

We are pleased to submit the following invoice:

## ENGINE CONSUMABLE STORES - LIGHTING & ELECTRICAL SUPPLIES

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 50 | PCE | BATTERY AA DURACEL LONG LIFE | OFFER ENERGIZER BRAND, ALKALINE | | $0.50 | $25.00 |
| 2 | 50 | PCE | BATTERY AAA DURACEL LONG LIFE | OFFER ENERGIZER BRAND, ALKALINE | | $0.50 | $25.00 |
| | | | | | | TOTAL | $50.00 |
| | | | | | | Less 10% | -$5.00 |
| | | | | | | NET | $45.00 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |