


*Dependable Service Since 1955*

# A. L. GRIFFIN INC.
*Ship Chandlery*

MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

SCANNED

PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137  **Invoice 9-23200A**   28 July 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0038685 | $ 87.00 |
| Less 10% discount | - 8.70 |
| NET | $ 78.30 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 13-Jul-15  
INVOICE: 9-23200 A

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc

PO # 0038685  
We are pleased to submit the following invoice:  Ref # 0023989

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 24 | PCE | (EA.) BATTERY SIZE C DURACEL LONGLIFE | Energizer alkaline | | $1.25 | $30.00 |
| 2 | 24 | PCE | (EA.) BATTERY SIZE D DURACEL LONGLIFE | Energizer alkaline | | $1.50 | $36.00 |
| 3 | 12 | PCE | (EA.) BATTERY 9VOLTS DURACEL LONGLIFE | Energizer alkaline | | $1.75 | $21.00 |
| | | | | | | TOTAL | $87.00 |
| | | | | | | Less 10% | -$8.70 |
| | | | | | | NET | $78.30 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |