*Dependable Service Since 1955*

# A. L. GRIFFIN INC.

  *Ship Chandlery*  

| | | |
|---|---|---|
| MARINE HARDWARE | MAILING ADDRESS | PROVISIONERS |
| CABLE ADDRESS "ALGRIFF" | P.O. BOX 4598<br>PORTLAND, MAINE 04112<br>207-772-0165<br>Fax 207-772-3259 | VHF KSK-282 |
| TELEX 6737467<br>e-mail: info@algriffin.com<br>web site: www.algriffin.com | | Ship To:<br>8 North Kelsey St.<br>South Portland, ME 04106 |

SCANNED

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 9-23200B**   28 July 2015

---

| Purchase Order | Inv. Amt. |
|---|---|
| 0038691 | $ 370.50 |
| Less 10% discount | - 37.05 |
| NET | $ 333.45 |

Terms: 30 Days

 

*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 13-Jul-15
INVOICE: 9-23200 B

Phone # (207) 772-0165
Fax # (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR
SEND TO: Fleetpro Ocean Inc

**PO # 0038691**
We are pleased to submit the following invoice: Ref # 0024082

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 30 | PCE | E5731 6" H PLASTIC SHELF BINS BLUE COLOR OD. 11-5/8" X O.W. 11-1/8" 6" H PLASTIC SHELF BINS BLUE COLOR OD. 11-5/8" X O.W. 11-1/8" ITEM NO. 2ZMR5, PAGES 2365 PART CODE# E5731 ==================== GRAINGER CAT.404 EDITION 2013-2014 GRAINGER CATALOG 404: E5731 | | | $12.35 | $370.50 |
| | | | | | | TOTAL | $370.50 |
| | | | | | | Less 10% | -$37.05 |
| | | | | | | NET | $333.45 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |

*ENINE CONSUMABLES - MISCELLANEOUS STORES*