

*Dependable Service Since 1955*

# A. L. GRIFFIN INC.
*Ship Chandlery*

MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

SCANNED

PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106

e-mailed 8-5-15

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 10-23200A**   4 Aug. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0038914 | $ 2,150.00 |
| Less 10% discount | - 215.00 |
| NET | $ 1,935.00 |

Terms:  30 Days



*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 30-Jul-15
INVOICE: 10-23200 **A**

VESSEL: M/V NOVA STAR
SEND TO: Fleetpro Ocean Inc

Phone # (207) 772-0165
Fax # (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

**PO # 0038914**
Ref # 0024169

We are pleased to submit the following invoice:

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | PCE | 4FFG4 FLUKE 772 MILLIAMP CLAMP METERS FLUKE 772 MILLIAMP CLAMP METERS GRAINGER CATALOG, PAGE 825 GRAINGER CATALOG 404: 4FFG4 | | 4FFG4 | $1,090.00 | $1,090.00 |
| 2 | 1 | PCE | 4KF01 FLUKE 787 PROCESS CALIBRATION FLUKE 787 PROCESS CALIBRATION GRAINGER CATALOG 404, PAGE 825 GRAINGER CATALOG 404: 4KF01 | | 4KF01 | $1,060.00 | $1,060.00 |
| | | | | | | TOTAL | $2,150.00 |
| | | | | | | Less 10% | -$215.00 |
| | | | | | | NET | $1,935.00 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |