Dependable Service Since 1955

# A. L. GRIFFIN INC.
*Ship Chandlery*




MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106

*emailed 8-5-15*



Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137    **Invoice 10-23200B**    4 Aug. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0038917 | $ 894.55 |
| Less 10% discount | - 89.46 |
| NET | $ 805.09 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L. Griffin, Inc.

DATE: 30-Jul-15  
INVOICE: 10-23200 B

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

We are pleased to submit the following invoice:

PO # 0038917  
Ref # 0024165

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | PCE | 67 25 52 HIGH TENSION BRASS ROUND BAR DIAM.13MM X 1METER LENGTH HIGH TENSION BRASS ROUND BAR DIAM.13MM X 1METER LENGTH IMPA CAT. 6TH EDITION PAGES 67-10 PART NO. 67 25 52 IMPA CATALOGUE 6TH EDITION: 67 25 52 | Offer 1/2" x 72" | 67 25 52 | $57.85 | $57.85 |
| 2 | 1 | PCE | 67 25 56 HIGH TENSION BRASS ROUND BAR DIAM.25MM X 1METER LENGTH HIGH TENSION BRASS ROUND BAR DIAM.25MM X 1METER LENGTH IMPA CAT. 6TH EDITION PAGES 67-10 PART NO. 67 25 56 IMPA CATALOGUE 6TH EDITION: 67 25 56 | Offer 1" x 36" | 67 25 56 | $107.65 | $107.65 |
| 3 | 1 | PCE | 67 25 58 HIGH TENSION BRASS ROUND BAR DIAM.30MM X 1METER LENGTH HIGH TENSION BRASS ROUND BAR DIAM.30MM X 1METER LENGTH IMPA CAT. 6TH EDITION PAGES 67-10 PART NO. 67 25 58 IMPA CATALOGUE 6TH EDITION: 67 25 58 | Offer 1-1/4" x 36" | 67 25 58 | $159.40 | $159.40 |
| 4 | 1 | PCE | 67 25 60 HIGH TENSION BRASS ROUND BAR DIAM.35MM X 1METER LENGTH HIGH TENSION BRASS ROUND BAR DIAM.35MM X 1METER LENGTH IMPA CAT. 6TH EDITION PAGES 67-10 PART NO. 67 25 60 IMPA CATALOGUE 6TH EDITION: 67 25 60 | Offer 1-3/8" x 36" | 67 25 60 | $191.30 | $191.30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | 1 | PCE | 67 25 63 HIGH TENSION BRASS ROUND BAR DIAM.45MM X 1METER LENGTH HIGH TENSION BRASS ROUND BAR DIAM.45MM X 1METER LENGTH IMPA CAT. 6TH EDITION PAGES 67-10 PART NO. 67 25 63 IMPA CATALOGUE 6TH EDITION: 67 25 63 | **Offer 2" x 36"** | 67 25 63 | $378.35 | $378.35 |
| | | | | | | TOTAL | $894.55 |
| | | | | | | Less 10% | -$89.46 |
| | | | | | | NET | $805.10 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |