Dependable Service Since 1955

# A. L. GRIFFIN INC.

*Ship Chandlery*

MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106

SCANNED 

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 10-23200C**   4 Aug. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0038920 | $ 16.75 |
| Less 10% discount | - 1.68 |
| NET | $ 15.07 |

Terms: 30 Days



*"Whom We Serve Shows How We Serve"*

# A.L. Griffin, Inc.

DATE: 30-Jul-15
INVOICE: 10-23200 C

VESSEL: M/V NOVA STAR
SEND TO: Fleetpro Ocean Inc

Phone # (207) 772-0165
Fax # (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

**PO # 0038920**
Ref # 0024137

We are pleased to submit the following invoice:

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | PA | (EA.) BATTERY REPLACEMENT FOR VTECH CORDLESS PHONE BT-183342 VTECH CS6114, 700MAH, 2.4V, NI-MH | 3 per package | | $16.75 | $16.75 |
| | | | | | | TOTAL | $16.75 |
| | | | | | | Less 10% | -$1.68 |
| | | | | | | NET | $15.08 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |