*Dependable Service Since 1955*

# A. L. GRIFFIN INC.

*Ship Chandlery*



| | | |
|---|---|---|
| MARINE HARDWARE | MAILING ADDRESS | PROVISIONERS |
| CABLE ADDRESS "ALGRIFF" | P.O. BOX 4598 PORTLAND, MAINE 04112 207-772-0165 Fax 207-772-3259 | VHF KSK-282 |
| TELEX 6737467 e-mail: info@algriffin.com web site: www.algriffin.com | | Ship To: 8 North Kelsey St. South Portland, ME 04106 |

SCANNED

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137    **Invoice 11-23200**    28 Aug. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0038907 | $ 1,173.90 |
| Less 10% discount | - 117.39 |
| NET | $ 1,056.51 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 5-Aug-15  
INVOICE: 11-23200

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc

PO # 0038907  
Ref # 0024276

We are pleased to submit the following invoice:

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 42 | PCE | (EA.) BATTERY LEAD ACID 12V 9,000 MAH/9AH 108WHR F2 CONNECTOR L: 5.94INCH/15.09CM W: 2.56INCH/6.50CM H: 3.94INCH/10.01CM 5.75LB/2,608.14G HTTP://WWW.AMAZON.COM/AMSTRON-12V-9AH-VRLA-BATTERY/DP/B003W24AL8 | Offer 7ah equivalent, same dimensions and connectors. | | $27.95 | $1,173.90 |
| | | | | | | TOTAL | $1,173.90 |
| | | | | | | Less 10% | -$117.39 |
| | | | | | | NET | $1,056.51 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |