*Dependable Service Since 1955*

# A. L. GRIFFIN INC.



MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

*Ship Chandlery*
MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259



PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106

SCANNED

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137 **Invoice 12-23200**   28 Aug. 2015

| Purchase Order | Inv. Amt. |
| --- | --- |
| 0039013* (delivery receipt 12-23200A) | $ 55.50 |
| 0039013** (delivery receipt 12-23200B) | 5,433.50 |
| | |
| Total | $ 5,489.00 |
| Less 10% discount | - 548.90 |
| | |
| NET | $ 4,940.10 |



*one of each item supplied first to ensure that all was correct before supplying total order.
**whole order supplied less one each supplied above.

Terms: 30 Days

*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

Phone # (207) 772-0165
Fax #  (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

DATE:        8-Aug-15
INVOICE:    12-23200    A

VESSEL:     M/V NOVA STAR
SEND TO:   Fleetpro Ocean Inc

### PO # 0039013

We are pleased to submit the following invoice:        Ref # 0024241

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | PCE | 49 15 01 RAIL FOR CREW CABIN STAINLESS STEEL X 2METERS. RAIL FOR CREW CABIN STAINLESS STEEL X 2METERS. IMPA CAT. 6TH EDITION PAGES 49-15 PART NO. 49 15 01 MARINE STORE GUIDE 6TH EDITION: 49 15 01 | **Offer 8 foot length (2.43 meters), white aluminum , for ceiling mounting** | 49 15 01 | $29.55 | $29.55 |
| 2 | 1 | PCE | 49 15 02 RUNNER (PLASTIC MATERIALS) FOR CREW CABIN RUNNER (PLASTIC MATERIALS) FOR CREW CABIN  IMPA CAT. 6TH EDITION PAGES 49-15  PART NO. 49 15 02 MARINE STORE GUIDE 6TH EDITION: 49 15 02 | **Comes complete with runner and curtain hook (item 6 included in this item)** | 49 15 02 | $1.15 | $1.15 |
| 3 | 1 | PCE | 49 15 03 CAP STEEL & PLASTIC FOR CREW CABIN CAP STEEL & PLASTIC FOR CREW CABIN  IMPA CAT. 6TH EDITION PAGES 49-15 PART NO. 49 15 03 MARINE STORE GUIDE 6TH EDITION: 49 15 03 | | 49 15 03 | $2.50 | $2.50 |
| 4 | 1 | PCE | 49 15 08 CURVED RAIL LENGTH AT RANDOM ST.STEEL FOR CREW CABIN CURVED RAIL LENGTH AT RANDOM ST.STEEL FOR CREW CABIN  IMPA CAT. 6TH EDITION PAGES 49-15  PART NO. 49 15 08 MARINE STORE GUIDE 6TH EDITION: 49 15 08 | **Offer 4 foot length (1.22 meters), 90 deg curve, white aluminum** | 49 15 08 | $20.10 | $20.10 |
| 5 | 1 | PCE | 49 15 09 JOINT STAINLESS STEEL FOR CREW CABIN JOINT STAINLESS STEEL FOR CREW CABIN  IMPA CAT. 6TH EDITION PAGES 49-15  PART NO. 49 15 09 MARINE STORE GUIDE 6TH EDITION: 49 15 09 | | 49 15 09 | $2.20 | $2.20 |

| 6 | | 0 PCE | 49 15 10 CURTAIN RING STAINLESS FOR CREW CABIN CURTAIN RING STAINLESS FOR CREW CABIN IMPA CAT. 6TH EDITION PAGES 49-15  PART NO. 49 15 10 MARINE STORE GUIDE 6TH EDITION: 49 15 10 | Please see item 2 | 49 15 10 | not needed | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | $55.50 |
| | | | | | | Less 10% | -$5.55 |
| | | | | | | NET | $49.95 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |

# A.L.Griffin, Inc.

DATE: 19-Aug-15
INVOICE: 12-23200B

Phone # (207) 772-0165
Fax # (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR
SEND TO: Fleetpro Ocean Inc

**PO # 0039013**

We are pleased to submit the following invoice:      Ref # 0024241

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|------|-----|------|-------------|-----------|------|-------|-------|
| 1 | 69 | PCE | 49 15 01 RAIL FOR CREW CABIN STAINLESS STEEL X 2METERS. RAIL FOR CREW CABIN STAINLESS STEEL X 2METERS. IMPA CAT. 6TH EDITION PAGES 49-15 PART NO. 49 15 01 MARINE STORE GUIDE 6TH EDITION: 49 15 01 | Offer 8 foot length (2.43 meters), white aluminum , for ceiling mounting | 49 15 01 | $29.55 | $2,038.95 |
| 2 | 1399 | PCE | 49 15 02 RUNNER (PLASTIC MATERIALS) FOR CREW CABIN RUNNER (PLASTIC MATERIALS) FOR CREW CABIN  IMPA CAT. 6TH EDITION PAGES 49-15  PART NO. 49 15 02 MARINE STORE GUIDE 6TH EDITION: 49 15 02 | Comes complete with runner and curtain hook (item 6 included in this item) | 49 15 02 | $1.15 | $1,608.85 |
| 3 | 149 | PCE | 49 15 03 CAP STEEL & PLASTIC FOR CREW CABIN CAP STEEL & PLASTIC FOR CREW CABIN  IMPA CAT. 6TH EDITION PAGES 49-15 PART NO. 49 15 03 MARINE STORE GUIDE 6TH EDITION: 49 15 03 | | 49 15 03 | $2.50 | $372.50 |
| 4 | 54 | PCE | 49 15 08 CURVED RAIL LENGTH AT RANDOM ST.STEEL FOR CREW CABIN CURVED RAIL LENGTH AT RANDOM ST.STEEL FOR CREW CABIN  IMPA CAT. 6TH EDITION PAGES 49-15  PART NO. 49 15 08 MARINE STORE GUIDE 6TH EDITION: 49 15 08 | Offer 4 foot length (1.22 meters), 90 deg curve, white aluminum | 49 15 08 | $20.10 | $1,085.40 |
| 5 | 149 | PCE | 49 15 09 JOINT STAINLESS STEEL FOR CREW CABIN JOINT STAINLESS STEEL FOR CREW CABIN  IMPA CAT. 6TH EDITION PAGES 49-15  PART NO. 49 15 09 MARINE STORE GUIDE 6TH EDITION: 49 15 09 | | 49 15 09 | $2.20 | $327.80 |

| 6 | 1399 PCE | 49 15 10 CURTAIN RING STAINLESS FOR CREW CABIN CURTAIN RING STAINLESS FOR CREW CABIN IMPA CAT. 6TH EDITION PAGES 49-15 PART NO. 49 15 10 MARINE STORE GUIDE 6TH EDITION: 49 15 10 | Please see item 2 | 49 15 10 | not needed | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $5,433.50 |
| | | | | | Less 10% | -$543.35 |
| | | | | | NET | $4,890.15 |
| | | Delivery included | | | | |
| | | Terms: 10% 30 days | | | | |
| | | Received by: | | | | |
| | | *Thank you* | | | | |