*Dependable Service Since 1955*

# A. L. GRIFFIN INC.





*Ship Chandlery*

MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106



Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137 **Invoice 13-23200** 28 Aug. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0039187 | $ 1,744.70 |
| Less 10% discount | - 174.47 |
| NET | $ 1,570.23 |

Terms: 30 Days







*"Whom We Serve Shows How We Serve"*

# *A.L.Griffin, Inc.*

DATE: 19-Aug-15
INVOICE: 13-23200

Phone # (207) 772-0165
Fax # (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR
SEND TO: Fleetpro Ocean Inc

**PO # 0039187**

We are pleased to submit the following invoice: Ref # 0024439

| | | | ***OFFICE SUPPLIES*** | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
| 1 | 2 | PCE | C530/MC561 BLACK TONER CARTRIDGE TYPE C17 (5K) OKI (OKIDATA.COM): 44469802 | **Offer 44469801, black toner cartridge c17 for OKI C530/MC561** | 44469802 | $93.85 | $187.70 |
| 2 | 2 | PCE | C530/MC561 CYAN TONER CARTRIDGE TYPE C17 (5K) OKI (OKIDATA.COM): 44469721 | | 44469721 | $259.50 | $519.00 |
| 3 | 2 | PCE | C530/MC561 CYAN TONER CARTRIDGE TYPE C17 (5K) OKI (OKIDATA.COM): 44469720 | **Quoting Magenta as per part number provided** | 44469720 | $259.50 | $519.00 |
| 4 | 2 | PCE | C530/MC561 YELLOW TONER CARTRIDGE TYPE C17 (5K) OKI (OKIDATA.COM): 44469719 | | 44469719 | $259.50 | $519.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | $1,744.70 |
| | | | | | | Less 10% | -$174.47 |
| | | | | | | NET | $1,570.23 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |