*Dependable Service Since 1955*

# A. L. GRIFFIN INC.



*Ship Chandlery*



MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106

**SCANNED**

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 14-23200**   28 Aug. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0039177* (delivery receipt 14-23200A) | $ 317.20 |
| 0039177** (delivery receipt 14-23200B) | 284.00 |
| Total | $ 601.20 |
| Less 10% discount | - 60.12 |
| NET | $ 541.08 |

*Item 2 of this order was delivered on August 19th.
**Item 1 of this order took longer to ship and was delivered on August 25th.



Terms: 30 Days

*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 25-Aug-15  
INVOICE: 14-23200B  

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA  

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc  

We are pleased to submit the following invoice:

PO # 039177  
Ref # 0024443

| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 4 | PCE | (EA.) AUTOTRANSFORMER STEP DOWN 220/240V, TO 110V/ 120V. 1000 WATT 1 VOLTAGE - STEPDOWN DIMENSION: 6" X 5.8" X 5" MODEL: THG-1000 | 2-3 days notice needed to supply. Limited stock available at this price | | $71.00 | $284.00 |
| 2 | 4 | PCE | (EA.) AUTOTRANSFORMER STEP DOWN 220/240V, TO 110V/ 120V. 1500 WATT TYPE 1 VOLTAGE CONVERTER -STEP DOWN DIMENSION: 6" X 6.2" X 5" MODEL: THG-1500 | 4-5 days notice needed to supply | | Delivered on Aug. 19 | |
| | | | | | | TOTAL | $284.00 |
| | | | | | | Less 10% | -$28.40 |
| | | | | | | NET | $255.60 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |