*Dependable Service Since 1955*

# A. L. GRIFFIN INC.
*Ship Chandlery*

   

MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106

SCANNED

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 15-23200**   31 Aug. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0039173 | $ 197.70 |
| Less 10% discount | - 19.77 |
| NET | $ 177.93 |

Terms: 30 Days

   

*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 20-Aug-15  
INVOICE: 15-23200  

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA  

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc  

We are pleased to submit the following invoice:

**PO # 0039173**  
Ref # 0024438

| *Pipes, Fittings, Steel & Metal Bars* | | | | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
| 1 | 2 | LN | STEEL FLAT BAR 20' X 1/4' X 6" | | | $98.85 | $197.70 |
| | | | | | | TOTAL | $197.70 |
| | | | | | | Less 10% | -$19.77 |
| | | | | | | NET | $177.93 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |