*Dependable Service Since 1955*

# A. L. GRIFFIN INC.
*Ship Chandlery*




| MARINE HARDWARE | MAILING ADDRESS | PROVISIONERS |
| --- | --- | --- |
| CABLE ADDRESS "ALGRIFF" | P.O. BOX 4598 PORTLAND, MAINE 04112 207-772-0165 Fax 207-772-3259 | VHF KSK-282 |
| TELEX 6737467 e-mail: info@algriffin.com web site: www.algriffin.com | | Ship To: 8 North Kelsey St. South Portland, ME 04106 |



Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 16-23200A**   1 Sept. 2015

| Purchase Order | Inv. Amt. |
| --- | --- |
| 0039404 | $ 440.20 |
| Less 10% discount | - 44.02 |
| NET | $ 396.18 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 29-Aug-15  
INVOICE # 16-23200 A

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc

PO# 039404

We are pleased to submit the following invoice:

| | | | *Pipes, Fittings, Steel & Metal Bars* | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
| 1 | 1 | ST | STAINLESS STEEL PLATES 3MM X WIDTH-1000MM X LENTGH - 1000MM | 1/8" X 48" X 96" | 67 16 08 | $440.20 | $440.20 |
| | | | | | | TOTAL | $440.20 |
| | | | | | | Less 10% | -$44.02 |
| | | | | | | NET | $396.18 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |

