*Dependable Service Since 1955*

# A. L. GRIFFIN INC.

   *Ship Chandlery*   

MARINE HARDWARE

CABLE ADDRESS
"ALGRIFF"

TELEX 6737467
e-mail: info@algriffin.com
web site: www.algriffin.com

MAILING ADDRESS
P.O. BOX 4598
PORTLAND, MAINE 04112
207-772-0165
Fax 207-772-3259

SCANNED

PROVISIONERS

VHF KSK-282

Ship To:
8 North Kelsey St.
South Portland, ME 04106

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137    **Invoice 16-23200C**    1 Sept. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0039436 | $ 125.00 |
| Less 10% discount | - 12.50 |
| NET | $ 112.50 |

Terms: 30 Days



*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 29-Aug-15  
INVOICE # 16-23200 C

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc

PO# 039436

We are pleased to submit the following invoice:

| | | | *BATTERIES* | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
| 1 | 50 | PCE | BATTERY AA DURACEL LONG LIFE | | | $0.50 | $25.00 |
| 2 | 50 | PCE | BATTERY AAA DURACEL LONG LIFE | | | $0.50 | $25.00 |
| 3 | 50 | PCE | (EA.) BATTERY SIZE D DURACEL LONG LIFE | | | $1.50 | $75.00 |
| | | | | | | | |
| | | | | | | TOTAL | $125.00 |
| | | | | | | Less 10% | -$12.50 |
| | | | | | | NET | $112.50 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |