


*Dependable Service Since 1955*

# A. L. GRIFFIN INC.
*Ship Chandlery*

| | | |
|---|---|---|
| MARINE HARDWARE<br>CABLE ADDRESS<br>"ALGRIFF"<br><br>TELEX 6737467<br>e-mail: info@algriffin.com<br>web site: www.algriffin.com | MAILING ADDRESS<br>P.O. BOX 4598<br>PORTLAND, MAINE 04112<br>207-772-0165<br>Fax 207-772-3… SCANNED | PROVISIONERS<br>VHF KSK-282<br><br>Ship To:<br>8 North Kelsey St.<br>South Portland, ME 04106 |

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 16-23200D**   1 Sept. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0039438 | $ 478.85 |
| Less 10% discount | - 47.89 |
| NET | $ 430.96 |

Terms: 30 Days




*"Whom We Serve Shows How We Serve"*

# A.L.Griffin, Inc.

DATE: 29-Aug-15  
INVOICE # 16-23200 D

Phone # (207) 772-0165  
Fax # (207) 772-3259  
e-mail info@algriffin.com  
P.O. Box 4598  
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR  
SEND TO: Fleetpro Ocean Inc

PO# 039438

We are pleased to submit the following invoice:

| | | | *WELDING MATERIALS* | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
| 1 | 2 | PCE | (PK) WELDING ELECTRODE E7018 1/8" | Offer 5 lb (2.2 kg) package | | $28.90 | $57.80 |
| 2 | 2 | PCE | (PK) WELDING ELECTRODE E7018 3/32" (2.4 X 350MM) | Offer 5 lb (2.2 kg) package | | $27.30 | $54.60 |
| 3 | 1 | PCE | WELDERS GAS LIGHTER FRICTION TYPE | Sold each | 85 02 89 | $5.15 | $5.15 |
| 4 | 6 | PA | SPARE GLASS ROUND FOR WELDER'S GOGGLE SHADE NO. 11,12 FOR ARC WELDING AMPERAGE OVER 100A TO 300A | Offer shade no. 6, 2 per package | 85 11 37 | $8.50 | $51.00 |
| 5 | 24 | PCE | SPARE GLASS RECTANGULAR FOR WELDING HELMETS SHADE NO. 11, 12 FOR ARC WELDING. | | 85 11 45 | $5.40 | $129.60 |
| 6 | 2 | PCE | WELDERS APRON LEATHER SIZE 550MM X 1000MM | | 85 11 67 | $36.60 | $73.20 |
| 7 | 2 | PR | WELDERS SLEEVES LEATHER SIZE 210MM X 530MM | | 85 11 66 | $27.60 | $55.20 |
| 8 | 2 | PCE | (EA.) WELDERS HEAD COVER | | | $26.15 | $52.30 |
| | | | | | | TOTAL | $478.85 |
| | | | | | | Less 10% | -$47.89 |
| | | | | | | NET | $430.97 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |