*Dependable Service Since 1955*

# A. L. GRIFFIN INC.

  

*Ship Chandlery*

| | | |
|---|---|---|
| MARINE HARDWARE | MAILING ADDRESS | PROVISIONERS |
| CABLE ADDRESS "ALGRIFF" | P.O. BOX 4598<br>PORTLAND, MAINE 04112<br>207-772-0165<br>Fax 207-772-3259 | VHF KSK-282 |
| TELEX 6737467<br>e-mail: info@algriffin.com<br>web site: www.algriffin.com | | Ship To:<br>8 North Kelsey St.<br>South Portland, ME 04106 |


SCANNED

Sold To: FleetPro Ocean Inc.
As Agents for Nova Star Cruises Ltd.
4770 Biscayne Blvd. PH-A Miami FL 33137   **Invoice 17-23200**   1 Sept. 2015

| Purchase Order | Inv. Amt. |
|---|---|
| 0039297 | $ 110.75 |
| Less 10% discount | - 11.08 |
| NET | $ 99.67 |

Terms: 30 Days



*"Whom We Serve Shows How We Serve"*

# A.L. Griffin, Inc.

DATE: 31-Aug-15
INVOICE # 17-23200

Phone # (207) 772-0165
Fax # (207) 772-3259
e-mail info@algriffin.com
P.O. Box 4598
Portland, ME 04112 USA

VESSEL: M/V NOVA STAR
SEND TO: Fleetpro Ocean Inc

PO# 039297

We are pleased to submit the following invoice:

| \multicolumn{3}{|c|}{} | *MISCELLANEOUS STORES* | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | UNIT | DESCRIPTION | UNIT SIZE | IMPA | PRICE | TOTAL |
| 1 | 1 | PCE | (ASSY) 1ANI1 COIL GUN SPRAYER MODEL-4774-0 | | | $110.75 | $110.75 |
| | | | | | | TOTAL | $110.75 |
| | | | | | | Less 10% | -$11.08 |
| | | | | | | NET | $99.68 |
| | | | Delivery included | | | | |
| | | | Terms: 10% 30 days | | | | |
| | | | Received by: | | | | |
| | | | *Thank you* | | | | |