# EXHIBIT B



**Sprague Operating Resources LLC**
185 International Drive
Portsmouth, NH 03801-6809

**Invoice Number: 15147046**

# Invoice

**Invoice Date:** 6/16/2015

Bunkers International Corp
1071 S. Sun Drive, Suite 3
Lake Mary, FL 32746
United States

**Contact Name:** Bill Preusch
**Phone:** (407) 328-7757
**Fax:** (407) 328-0045

**SEC Voyage:** V-15-00896
**SEC Contract No:** BUS15(TS)0001

**SEC Scheduler:** Kenneth Fonseca
**Scheduler Phone:** (603) 430-5337

| Date | Product | Delivery Term | Terminal | Delivery Basis | Vessel | Volume | UOM | Price Per Metric Ton | SubTotals |
|---|---|---|---|---|---|---|---|---|---|
| 6/12/2015 | Bunker IFO 380 | DLVD | So Portland Bunker | Bunkers International-Portland | Portland Bunker No.1 | 350.0200 | MT | $ 420.99000 | $ 147,354.92 |
| | | | | | | | | | $ 147,354.92 |

Book Sequence: Nova Star

| Invoice | Term | Due Date | Invoice Total |
|---|---|---|---|
| 15147046 | NET 30 DAYS FROM DATE OF DELIVERY | 07/12/2015 | **$147,354.92** |

**PLEASE REMIT VIA WIRE TRANSFER TO:**
**JPMORGAN CHASE BANK**
**NEW YORK, NY**
**ACCT: SPRAGUE OPERATING RESOURCES LLC**
**ACCOUNT NO: 799760913**
**ABA NO: 021000021**

For questions regarding this invoice, please contact Janet Kathios by calling (603) 430-7221 or faxing (603) 430-7275.

Send Correspondence only to: Sprague Operating Resources LLC - 185 International Drive - Portsmouth, NH 03801 - United States