# EXHIBIT D



**Sprague Operating Resources LLC**
185 International Drive
Portsmouth, NH 03801-6809

Invoice Number: 15155485

# Invoice

Invoice Date: 7/6/2015

Bunkers International Corp
1071 S. Sun Drive, Suite 3
Lake Mary, FL 32746
United States

**Contact Name:** Bill Preusch
**Phone:** (407) 328-7757
**Fax:** (407) 328-0045

**SEC Voyage:** V-15-00962
**SEC Contract No:** BUS15(TS)0002

**SEC Scheduler:** Kenneth Fonseca
**Scheduler Phone:** (603) 430-5337

| Date | Product | Delivery Term | Terminal | Delivery Basis | Vessel | Volume | UOM | Price Per Metric Ton | SubTotals |
|---|---|---|---|---|---|---|---|---|---|
| 7/2/2015 | Bunker IFO 380 | DLVD | So Portland Bunker | Bunkers International-Portlan | Portland Bunker No.1 | 400.3200 | MT | $ 374.00000 | $ 149,719.68 |
| | | | | | | | | | $ 149,719.68 |

Book Sequence: Nova Star

| Invoice | Term | Due Date | Invoice Total |
|---|---|---|---|
| 15155485 | NET 30 DAYS FROM DATE OF DELIVERY | 08/01/2015 | $149,719.68 |

**PLEASE REMIT VIA WIRE TRANSFER TO:**
**JPMORGAN CHASE BANK**
**NEW YORK, NY**
**ACCT: SPRAGUE OPERATING RESOURCES LLC**
**ACCOUNT NO: 799760913**
**ABA NO: 021000021**

For questions regarding this invoice, please contact Wendy O'Brien by calling (603) 430-7260 or faxing (603) 430-7275.

Send Correspondence only to: Sprague Operating Resources LLC - 185 International Drive - Portsmouth, NH 03801 - United States