UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Portland Pilots, Inc. | ) |
|     Plaintiff, | ) |
| v. | ) |
| M/V NOVA STAR her engines, tackle, equipment, appurtenances, etc*., in rem*, | ) |
|     Defendant. | ) |
| _____ | ) Civil Action<br>) Docket No.:<br>) 2:15-cv-00442-DBH |
| Sprague Operating Resources LLC | ) |
|     Intervening Plaintiffs, | ) |
| v. | ) |
| M/V NOVA STAR, her engines, tackle, equipment, appurtenances, etc., *in rem, et al*., | ) |
|     Defendants | ) |

**STIPULATION DISMISSING SPRAGUE'S INTERVENING COMPLAINT, <u>WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41, Intervening Plaintiff Sprague Operating Resources LLC ("Sprague") and Singapore Technologies Marine Limited, owner and claimant of the M/V NOVA STAR, *in rem* (herein, "Owners") stipulate to the dismissal with prejudice and without costs of Sprague's intervening complaint.   The parties further stipulate that:

    l. The maritime lien claims of Sprague asserted in this matter are settled and discharged,

    2. Owners will pay all charges of the Substitute Custodian appointed in this matter attributable or otherwise allocated to Sprague and

3. Each party shall bear its respective costs and attorneys' fees.

Dated: November 19, 2015.

| | |
|---|---|
| /s/   *John R. Bass, II*<br>John R. Bass, II MBRN 93<br>Thompson, Bull, Bass & Maccoll, LLC, P.A.<br>120 Exchange St, 6th Floor<br>P.O. Box 447<br>Portland, ME 04112<br>(207) 774-7600<br>jbass@thomport.com<br><br>Counsel for Singapore Technologies Marine Limited | */s/ Michael J. Daly*<br>Michael J. Daly, Esq.<br>Pierce Atwood LLP<br>72 Pine Street, 5th Floor<br>Providence, RI 02903<br>(401) 588-5113<br>mdaly@pierceatwood.com<br><br>Counsel for Intervening Plaintiff Sprague |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2015, I caused the foregoing notice of dismissal to be filed on the court's CM/ECF system for service on all counsel of record.

　　　　　　　　　　　　　　　　　　   */s/ Michael J. Daly*

{W5216832.1}                                2