

# Invoice

H R Distributors Inc.
P.O. Box 3682
101 Hanover Street
Portland, Me.  04104
　Tel:  (207) 773-2552
　Fax: (207) 761-2499
Bill To:
　NOVA STAR
　PO BOX 416
　YARMOUTH, NS      B5A4B4

| Date | Inv# | Page# | P.O. Number |
|---|---|---|---|
| 9/8/15 | 260967 | 1 | |

Phone#  902-323-3600
Fax#    902-861-3096

Ship To:
　NOVA STAR CRUISES
　14 OCEAN GATEWAY PIER
　PORTLAND, ME    04101

Customer # 12548

| Ordered | Shipped | Item # | Description | Cost | Extended |
|---|---|---|---|---|---|
| 1.00 | 1.00 | NTE MRC440V20 | CAP-Motor Run 20uF/440VAC | 20.65 | 20.65 |
| 10.00 | 10.00 | CAR E2038S.41-CUT | 8C/18GA STRND-BC OASH CMR | 0.55 | 5.49 |
| 2.00 | 2.00 | NTE MRRC440V35 | Rnd Motor Run Cap 35mfd/4 | 16.87 | 33.74 |
| 2.00 | 2.00 | NTE 47-20748-BK | THIN WALL, HS, 3/8, BLACK, 48 | 3.25 | 6.50 |
| 1.00 | 1.00 | NTE 47-20848-BK | THIN WALL HS,1/2'',BLACK | 3.45 | 3.45 |
| | | | | | 0.00 |

EXCHANGE ONLY ON DEFECTIVE ITEMS WITH INVOICE. RETURNS MUST
BE AUTHORIZED AND MAY BE SUBJECT TO A 20% RESTOCKING CHARGE.
A Service Charge of 1.5% per month(APR 18%)will be added to past due
accounts, I agree to pay all costs of collection incl. attorney fees.

RECEIVED BY)))))

| | |
|---|---|
| Parts | 69.83 |
| Labor | 0.00 |
| Shipping | 0.00 |
| Sales Tax: | 3.85 |
| TOTAL: | 73.68 |

***THANK YOU FOR YOUR BUSINESS***