Invoice 

H R Distributors Inc.
P.O. Box 8682
101 Hanover Street
Portland, Me. 04104
  Tel: (207) 773-2552
  Fax: (207) 761-2499

| Date | Inv# | Page# | P.O. Number |
|------|------|-------|-------------|
| 8/4/15 | 259689 | 1 | |

Phone# 802-323-3603
Fax# 902-881-3096

Bill To:
  NOVA STAR
  PO BOX 416
  YARMOUTH, NS    B5A4B4

Ship To:
  NOVA STAR CRUISES
  14 OCEAN GATEWAY PIER
  PORTLAND, ME    04101

Customer # 12548

| Ordered | Shipped | Item # | Description | Cost | Extended |
|---------|---------|--------|-------------|------|----------|
| 4.00 | 4.00 | DAN LITH-8-PANA | Panasonic CR123 3V Lithiu | 4.50 | 18.00 |
| | | | | | 0.00 |

EXCHANGE ONLY ON DEFECTIVE ITEMS WITH INVOICE. RETURNS MUST
BE AUTHORIZED AND MAY BE SUBJECT TO A 20% RESTOCKING CHARGE.
A Service Charge of 1.5% per month(APR 18%)will be added to past due
accounts, I agree to pay all costs of collection incl. attorney fees.

RECEIVED BY>>>>>

| | |
|---|---|
| Parts | 18.00 |
| Labor | 0.00 |
| Shipping | 0.00 |
| Sales Tax: | 0.99 |
| TOTAL: | 18.99 |

***THANK YOU FOR YOUR BUSINESS***