H R Distributors Inc.
P.O. Box 8682
101 Hanover Street
Portland, Me.  04104
   Tel:  (207) 773-2552

Bill To:
  NOVA STAR
  PO BOX 416
  YARMOUTH, NS    B5A4B4

## Invoice  SCANNED

| Date | Inv# | Page# | P.O. Number |
|------|------|-------|-------------|
| 8/24/15 | 260433 | 1 | |

Phone# 802-323-3603
Fax#   902-881-3096

Ship To:
  NOVA STAR CRUISES
  14 OCEAN GATEWAY PIER
  PORTLAND, ME    04101

Customer #  12548

| Ordered | Shipped | Item # | Description | Cost | Extended |
|---------|---------|--------|-------------|------|----------|
| 10.00 | 10.00 | NIC 500EK22 | CAP AXIAL 500V 22uF | 4.57 | 45.70 |
| 10.00 | 10.00 | NTE 5809 | R-1000V 3A AXIAL | 2.60 | 26.00 |
| 1.00 | 1.00 | PHI 65-6521C | FemaleBullet .156" Vinly | 9.98 | 9.98 |
| 1.00 | 1.00 | PHI 65-7521C | Male Bullet .156 Red Vynl | 7.64 | 7.64 |
|  |  |  |  |  | 0.00 |

EXCHANGE ONLY ON DEFECTIVE ITEMS WITH INVOICE. RETURNS MUST
BE AUTHORIZED AND MAY BE SUBJECT TO A 20% RESTOCKING CHARGE.
A Service Charge of 1.5% per month(APR 18%)will be added to past due
accounts, I agree to pay all costs of collection incl. attorney fees.

RECEIVED BY)))))

| | |
|---|---|
| Parts | 89.32 |
| Labor | 0.00 |
| Shipping | 0.00 |
| Sales Tax: | 4.92 |
| TOTAL: | 94.24 |

***THANK YOU FOR YOUR BUSINESS***