# Invoice SCANNED

H R Distributors Inc.
P.O. Box 8682
101 Hanover Street
Portland, Me.   04104
   Tel:  (207) 773-2552

| Date | Inv# | Page# | P.O. Number |
|------|------|-------|-------------|
| 8/13/15 | 260058 | 1 | |

Phone#  802-323-3603
Fax#    902-881-3096

Bill To:
   NOVA STAR
   PO BOX 416
   YARMOUTH, NS     B5A4B4

Ship To:
   NOVA STAR CRUISES
   14 OCEAN GATEWAY PIER
   PORTLAND, ME   04101

Customer #   12548

| Ordered | Shipped | Item # | Description | Cost | Extended |
|---------|---------|--------|-------------|------|----------|
| 4.00 | 4.00 | STG 04702.0-00 | Stego Heater PTC 30w 120/ | 49.00 | 196.00 |
| | | | | | 0.00 |

EXCHANGE ONLY ON DEFECTIVE ITEMS WITH INVOICE. RETURNS MUST
BE AUTHORIZED AND MAY BE SUBJECT TO A 20% RESTOCKING CHARGE.
A Service Charge of 1.5% per month(APR 18%)will be added to past due
accounts, I agree to pay all costs of collection incl. attorney fees.

RECEIVED BY)))))

| | |
|---|---|
| Parts | 196.00 |
| Labor | 0.00 |
| Shipping | 0.00 |
| Sales Tax: | 10.78 |
| TOTAL: | 206.78 |

***THANK YOU FOR YOUR BUSINESS***