

Invoice

H R Distributors Inc.
P.O. Box 8682
101 Hanover Street
Portland, Me.  04104
    Tel: (207) 773-2552
    Fax: (207) 761-2499

Bill To:
    NOVA STAR
    PO BOX 416
    YARMOUTH, NS    B5A4B4

| Date | Inv# | Page# | P.O. Number |
|------|------|-------|-------------|
| 8/3/15 | 259645 | 1 | |

Phone# 802-323-3603
Fax#   902-881-3096

Ship To:
    NOVA STAR CRUISES
    14 OCEAN GATEWAY PIER
    PORTLAND, ME   04101

Customer # 12548

| Ordered | Shipped | Item # | Description | Cost | Extended |
|---------|---------|--------|-------------|------|----------|
| 6.00 | 6.00 | AIM 25-7120 | F-59TW TWIST-ON | 0.50 | 3.00 |
| 6.00 | 6.00 | PAN RFF-7756 | F56TW, Twist-on F RG6 | 0.69 | 4.14 |
| 15.00 | 15.00 | NIC 10UT1500 | Cap Radial 10v 1500uF HT | 1.25 | 18.75 |
| 2.00 | 2.00 | PAN RFA-8671 | N-Female to F Female Adap | 4.97 | 9.94 |
| | | | | | 0.00 |

EXCHANGE ONLY ON DEFECTIVE ITEMS WITH INVOICE. RETURNS MUST
BE AUTHORIZED AND MAY BE SUBJECT TO A 20% RESTOCKING CHARGE.
A Service Charge of 1.5% per month(APR 18%)will be added to past due
accounts, I agree to pay all costs of collection incl. attorney fees.

RECEIVED BY)))))

| | |
|--|--|
| Parts | 35.83 |
| Labor | 0.00 |
| Shipping | 0.00 |
| Sales Tax: | 1.98 |
| TOTAL: | 37.81 |

***THANK YOU FOR YOUR BUSINESS***