UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Civil Action
Docket No.: 2:15-cv-00442-DBH

| | |
|---|---|
| Portland Pilots, Inc. | ) |
| Plaintiff, | ) |
| v. | ) |
| M/V NOVA STAR her engines, tackle, equipment, appurtenances, etc., in rem, | ) |
| Defendant. | ) |
| Cockett Marine Oil DMCC | ) |
| Intervening Plaintiff, | ) |
| v. | ) |
| M/V NOVA STAR, her engines, tackle, equipment, appurtenances, etc., in rem, | ) |
| Defendant. | ) |

**STIPULATION DISMISSING
COCKETT MARINE OIL DMCC'S INTERVENING COMPLAINT,
<u>WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41, Intervening Plaintiff Cockett Marine Oil DMCC ("Cockett") and Singapore Technologies Marine Limited, owner and claimant of the M/V NOVA STAR, *in rem* (herein, "Owners") stipulate to the dismissal with prejudice and without costs of McAllister's intervening complaint.   The parties further stipulate that:

l.   The maritime lien claims of Cockett asserted in this matter are settled and discharged,

    2.    Owners will pay all charges of the Substitute Custodian appointed in this matter attributable or otherwise allocated to Cockett and

    3.    Each party shall bear its respective costs and attorneys' fees.

Dated: November 21, 2015.

| | |
|---|---|
| /s/ *John R. Bass, II* | */s/ J. Stephen Simms* |
| John R. Bass, II MBRN 93 | J. Stephen Simms (*pro hac vice*) |
| Thompson, Bull, Bass & Maccoll, LLC, P.A. | Simms Showers LLP |
| 120 Exchange St, 6th Floor | 201 International Circle |
| P.O. Box 447 | Baltimore, Maryland 21030 |
| Portland, ME 04112 | (410) 783-5795 |
| (207)774-7600 | |
| jbass@thomport.com | */s/ Andrew C. Helman* |
| | Andrew C. Helman |
| Counsel for Singapore Technologies Marine Limited | Marcus, Clegg & Mistretta, P.A. |
| | One Canal Plaza, Suite 600 |
| | Portland, ME 04101 |
| | (207) 828-8000 |
| | (207) 773-3210 |
| | ahelman@mcm-law.com |
| | |
| | Counsel for Intervening Plaintiff |
| | Cockett Marine Oil DMCC |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2015, I caused the foregoing notice of dismissal to be filed on the court's CM/ECF system for service on all counsel of record.

                      */s/ J. Stephen Simms*