UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PORTLAND PILOTS, INC., et al., | ) |
| Plaintiffs | ) ) ) |
| v. | ) )  No. 2:15-cv-442-DBH |
| M/V NOVA STAR, *in rem*, | ) ) ) |
| Defendant | ) |

**ORDER SETTING HEARING ON PENDING MOTIONS**

In view of the objection filed by Century Resorts International LTD. ("Century"), ECF No. 115, to the motion of Singapore Technologies Marine Limited ("ST Marine") to substitute a bond for the vessel M/V Nova Star, ECF No. 108, the court **GRANTS** ST Marine's incorporated request for an emergency hearing on that motion, and **GRANTS** Century's motion, ECF No. 82, for a prompt hearing on its motion to remove seized property and the motion of M/V Nova Star and ST Marine, ECF No. 104, for an emergency hearing.

A hearing on all pending motions shall be held in Courtroom One of the U.S. District Court, 156 Federal Street, Portland, Maine, at 2:30 p.m. on Monday, November 30, 2015.

Dated this 25th day of November, 2015.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge