UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| PORTLAND PILOTS, INC., ET AL.,              )<br>                                                                 )<br>                              PLAINTIFFS     )<br>                                                                 )<br>V.                                                               )          CIVIL NO. 2:15-CV-442-DBH<br>                                                                 )<br>M/V NOVA STAR in rem, ET AL.,      )<br>                                                                 )<br>                              DEFENDANTS  )   | |

ORDER DISMISSING CLAIMS

On January 25, 2016, the Magistrate Judge issued an Order to Show Cause (ECF No. 204) ordering the intervenor defendants A. L. Griffin, Inc. and H.R. Distributors, Inc. to show good cause in writing by February 5, 2016, why they should not be dismissed from this action. There being no response from either intervenor defendant, they are hereby **DISMISSED** from this action.

SO ORDERED.

DATED THIS 8TH DAY OF FEBRUARY, 2016

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE