UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **PORTLAND PILOTS, INC., ET AL.,**   ) | |
| ) | |
| PLAINTIFFS   ) | |
| ) | |
| V.   ) | CIVIL NO. 2:15-CV-442-DBH |
| ) | |
| *M/V NOVA STAR in rem*, ET AL.,   ) | |
| ) | |
| DEFENDANTS   ) | |

ORDER DISMISSING CLAIMS

On February 10, 2016, the Magistrate Judge issued an Order to Show Cause (ECF No. 221) ordering claimants Swell Media, LLC and Saltwater Creative Company, LLC to show cause in writing by February 24, 2016, why their claims should not be dismissed for the reasons stated in the Owners' Status Report (ECF No. 216), without prejudice to their right to commence an action against the charterer if they choose to do so.

There being no response to the Order to Show Cause, the claimants are **DISMISSED** from this action, without prejudice to their right to commence an action against the charterer if they choose to do so.

SO ORDERED.

DATED THIS 25TH DAY OF FEBRUARY, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**