UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MAINE UNIFORM RENTAL, INC. )<br>D/B/A PRATT ABBOTT UNIFORM & )<br>LINEN, )<br>      INTERVENOR PLAINTIFF )<br>v. )<br>)<br>M/V NOVA STAR, *in rem*, )<br>)<br>      DEFENDANT ) | CIVIL NO. 2:15-CV-442-DBH |

ORDER ON INTERVENOR PLAINTIFF'S MOTION
FOR ADDITIONAL FINDINGS

The motion of intervening plaintiff Maine Uniform Rental, Inc. d/b/a Pratt Abbott Uniform & Linen ("Pratt Abbott") for additional findings under Fed. R. Civ. P. 52(b) is **DENIED**.

Rule 52(b)'s "purpose is to permit the correction of any manifest errors of law or fact that are discovered, upon reconsideration, by the trial court." Nat'l Metal Finishing Co. v. BarclaysAmerican/Commercial, Inc., 899 F.2d 119, 123 (1st Cir. 1990). Pratt Abbott's proposed additional findings are not pertinent to my findings of fact and conclusions of law arising out of the underlying bench trial, and Pratt Abbott has not suggested how they are pertinent. See, e.g., Lyons v. Jefferson Bank & Trust, 793 F. Supp. 989, 991 (D. Colo. 1992) (declining to supplement findings that are not essential to disposition of the case). They are also largely in dispute. (If any of them were material to the outcome, then I would resolve the dispute.)

SO ORDERED.

DATED THIS 7TH DAY OF NOVEMBER, 2016

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**