# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| PORTLAND PILOTS, INC., ET AL., | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| v. | ) CIVIL NO. 2:15-CV-442-DBH |
| | ) |
| M/V NOVA STAR *in rem*, ET AL., | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER ON MOTION TO APPORTION CUSTODIAL COSTS

In light of the parties' status reports, I now **DENY** the motion to apportion custodial costs (ECF No. 326), **WITHOUT PREJUDICE** to its renewal after the appeal by Maine Uniform Rental, Inc. is resolved.

**SO ORDERED.**

**DATED THIS 19TH DAY OF APRIL, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**